# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

vs.                                      NO. 4:13CR00179-005 SWW

HEATHER MARIE GOODEN                                                                DEFENDANT

## ORDER

Pending before the Court is defendant's pro se motion for early termination of probation (doc #308). After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before **Wednesday, October 12, 2016.**

IT IS SO ORDERED this 22nd day of September 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE